TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-08-00586-CR







Alberto Garcia, Appellant



v.



The State of Texas, Appellee






FROM THE DISTRICT COURT OF TRAVIS COUNTY, 167TH JUDICIAL DISTRICT


NO. 9040606, HONORABLE JON N. WISSER, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's fifth motion for extension of time to file brief is granted. Appellant's
counsel, Paul Evans, is ordered to tender a brief for filing no later than November 30, 2009. No
further extension of time will be granted.

It is ordered November 17, 2009.


Before Justices Patterson, Puryear and Pemberton

Do Not Publish